RECEIVED

DEC 1 6 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RAMONA GAIL HARMON | CIVIL ACTION NO. 6:14-cv–2660 |
| VERSUS | JUDGE DOHERTY |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is **REVERSED and REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g)[1] with instructions to (1) develop the record with regard to the severity of the claimant's impairments by obtaining a function report either from a consultative examiner or from her treating physician, Dr. Cannon, and by permitting the claimant to supplement the record with any relevant evidence; (2)

---

[1] A fourth sentence remand constitutes a "final judgment" that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); *Freeman v. Shalala*, 2 F.3d 552 (5th Cir. 1993).

properly evaluate the severity of each of the claimant's impairments and the combination of her impairments, including but not limited to her obesity, (3) evaluate the claimant's residual functional capacity, and (4) if appropriate, to continue the sequential analysis through all five steps.

Lafayette, Louisiana, this _16_ day of _December_, 20_15_.

Rebecca F. Doherty
United States District Judge